**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6017

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JERMEL ANTHONY COLEMAN,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville.  Norman K. Moon, Senior District Judge.  (3:17-cr-00008-NKM-JCH-1)

Submitted:  May 18, 2023                     Decided:  May 23, 2023

Before NIEMEYER, RICHARDSON, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jermel Anthony Coleman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jermel Anthony Coleman appeals the district court's order denying his motion for reconsideration of the court's prior orders denying Coleman's 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. We review a district court's denial of a compassionate release motion for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021). We have reviewed the record and conclude that the court did not abuse its discretion and sufficiently explained the reasons for the denial. *See United States v. High*, 997 F.3d 181, 188-91 (4th Cir. 2021) (discussing amount of explanation required for denial of compassionate release motion). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*